1  BENJAMIN B. WAGNER
   United States Attorney
2  ALYSON A. BERG
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721

5  Attorneys for United States of America

6

7

8                IN THE UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11  BARBARA STEWART,                ) CASE NO.   1:11-cv-1184-AWI-GSA
                                    )
12                                  )
    Plaintiff,                      ) STIPULATION AND ORDER FOR
13                                  ) PHYSICAL EXAMINATION OF
    v.                              ) PLAINTIFF BARBARA STEWART
14                                  )
    UNITED STATES OF AMERICA,       )
15                                  )
                                    )
16                                  )
    Defendant.
17

18          The parties to this action hereby stipulate and agree as follows:

19          1.     A controversy exists regarding the physical condition of Plaintiff, BARBARA

    STEWART, and good cause exists for a physical examination of Plaintiff.

20          2.     A physical examination of Plaintiff will be conducted by Mark David Nathan, MD, a

21  licensed physician with a specialty in cardiology.   The examination will take place on November 6, 2012,

22  at 1:00 p.m. at Dr. Nathan's office, located at 106 La Casa Via, Suite 140, Walnut Creek, California

23  94598; telephone number (925)274-2860.

24          3.     The examination will be conducted for the purpose of determining the nature and extent

25  of Plaintiff's physical injuries and the relationship thereof to the claims which are the subject of this

26

27

litigation, and will consist of all necessary and customary activities required to make such a determination, including but not limited to medical history, history of the ailments relating to the claims in this lawsuit, and physical examination and evaluation.   No questions will be asked by Dr. Nathan beyond those necessary to ascertain Ms. Stewart's medical condition, as it relates to her claims in this lawsuit.

    4.    It is also agreed by and between counsel that:

    (a)    Counsel may attend the examination;

    (b)    The examination may be audiotaped;

    (c)    No invasive or painful procedures will be performed on Ms. Stewart and no blood will be drawn;

    (d)    The United States will compensate Ms. Stewart for mileage to and from the IME.

    (e)    Counsel for Defendant will provide a copy of Dr. Nathan's report within 30 days or otherwise as soon as it is available.

    5.    Any paperwork proposed to be completed by Plaintiff will be provided to Plaintiff's counsel at least two weeks prior to the examination.

    6.    Defendant will bear the cost of the examination.

RESPECTFULLY SUBMITTED,

Dated:    October    10, 2012        BENJAMIN B. WAGNER
United States Attorney

By:    /s/Alyson A. Berg
ALYSON A. BERG
Assistant U.S. Attorney
Attorneys for Defendant
United States of America

Dated:    October    10, 2012        Paul T. Scheele
Curtis Legal Group

By:    /s/Paul R. Scheele
Paul R. Scheele
Attorneys for Plaintiff
Barbara Stewart

1

<u>ORDER</u>

2

3    IT IS SO ORDERED.

4
        Dated:    **October 12, 2012**              **/s/ Gary S. Austin**
5

6                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION FOR INDEPENDENT                           3
MEDICAL EXAMINATION