PRS:rme #0714.01623
Paul R. Scheele   SBN 236300
CURTIS LEGAL GROUP
A Professional Law Corporation
1300 K Street, 2d Floor
P. O. Box 3030
Modesto, CA 95353-3030
Telephone:   209-521-1800
Facsimile:   209-572-3501
Attorneys for Plaintiff

**FILED**
APR 1 2 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA STEWART, | NO. 1:11-cv-01184 AWI/GSA |
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

DATE:   April 11, 2013

CURTIS LEGAL GROUP
A Professional Law Corporation

By: /s/ Paul R. Scheele
PAUL R. SCHEELE
Attorneys for Plaintiffs

/////

*Stipulation and Order of Dismissal*
*Barbara Stewart v. The United States of America #1:11-cv-01184 AWI/GSA*                                                             1

1  DATE:  April 11, 2013          BENJAMIN B. WAGNER
                                  UNITED STATES ATTORNEY

                                  By: /s/ Alyson A. Berg
                                      Alyson A. Berg
                                      Attorneys for Defendant
                                      United States of America

## ORDER

Pursuant to the above stipulation of dismissal filed pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

DATE: 4-12-13

                                      UNITED STATES DISTRICT JUDGE