PRS:rme #0714.01623
Paul R. Scheele   SBN 236300
CURTIS LEGAL GROUP
A Professional Law Corporation
1300 K Street, 2d Floor
P. O. Box 3030
Modesto, CA 95353-3030
Telephone:   209-521-1800
Facsimile:   209-572-3501
Attorneys for Plaintiff

FILED
APR 12 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BARBARA STEWART, | ) | NO. 1:11-cv-01184 AWI/GSA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER OF DISMISSAL |
| v. | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii), with each party to bear its own fees and costs.

DATE: April 11, 2013

CURTIS LEGAL GROUP
A Professional Law Corporation


By: /s/ Paul R. Scheele
PAUL R. SCHEELE
Attorneys for Plaintiffs

/////

*Stipulation and Order of Dismissal*
*Barbara Stewart v. The United States of America #1:11-cv-01184 AWI/GSA*

1

DATE: April 11, 2013         BENJAMIN B. WAGNER
                             UNITED STATES ATTORNEY


                             By: /s/ Alyson A. Berg
                                 Alyson A. Berg
                                 Attorneys for Defendant
                                 United States of America


## ORDER

Pursuant to the above stipulation of dismissal filed pursuant to Federal Rules of Civil Procedure, rule 41(a)(1)(A)(ii),

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice.

DATE: 4-12-13

_____
UNITED STATES DISTRICT JUDGE